# CRIMINAL MINUTES

| | |
|---|---|
| DATE: March 10, 2008 | JUDGE: Deborah K. Chasanow |
| TIME: 12:05 pm - 12:55 pm | REPORTER: Sharon O'Neil |
| AUSA: Steven Dunne/Karima Maloney (DOJ) | CRD: Harriet Spence |
| DFT'S ATTY: Arthur Cook | **INTERPRETER:** Eva Desrosiers |

UNITED STATES OF AMERICA v. **JAVIER MIGUEL RAMIREZ**

☐ Released on Conditions/PR    ☒ Detained/Remanded to USMS

DFDT'S AGE: 36    DATE OF BIRTH: 10/11/1972

CRIMINAL NO. DKC 2007-0268    NO. OF COUNTS: 1

| | | | |
|---|---|---|---|
| ☒ | **Initial Appearance** | ☒ | Indictment |
| ☒ | **Arraignment/Guilty Plea** | ☐ | Superseding Indictment |
| ☐ | Rearraignment | ☐ | Information |
| ☐ | Sentencing | ☒ | **Superseding Information** |
| ☐ | Sentencing Hearing | ☐ | Motions Hearing |
| ☐ | Violation of Probation | ☐ | Pretrial Conference |
| ☐ | Violation of Supervised Release | ☒ | **WAIVER** of Indictment filed thereto; |
| ☐ | Detention Hearing | ☐ | Other |
| ☐ | Appeal | ☐ | See Attached for List of Witnesses |

Defendant arraigned and plead "NOT GUILTY" as to Count(s) _____

Defendant arraigned and plead **GUILTY** as to Count(s) 1,

NOT GUILTY as to Count(s) _____ which was accepted by the Court.

☐ Defendant found not to be in violation of probation/supervised release.

Sentencing Date: 6/23/08 @ 2:00pm (1½ hour)

Remarks: _____

Oral Motion of AUSA in open court to DISMISS Count(s) _____ which was accepted by the Court.

☐ Defendant advised of Right of Appeal.

☒ **Imposition of Sentence Suspended pending PSI**.

☐ _____ Days for Motions. Motion to be filed by _____

☐ Trial-Bench/Jury _____ day(s). Trial week of _____

☐ Pretrial Officer _____    ☒ Probation Officer Turner Mebane

☒ Minute entries docketed.

# CRIMINAL MINUTES - Page 2

CASE NO.: _____

Government Witness(es):                          Defendant(s) Witness(es):

1. _____                         1. _____
2. _____                         2. _____
3. _____                         3. _____
4. _____                         4. _____
5. _____                         5. _____
6. _____                         6. _____
7. _____                         7. _____